IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
LINDA W. DOBSON                     ) Case No. 16 B 10852
                                    ) Hon. JACK B. SCHMETTERER
                                    ) Chapter 7
            Debtor                  )
            **CERTIFICATE OF SERVICE**

    PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on October 7, 2016 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Linda W. Dobson
3218 S. Canal St.
Chicago, IL 60616

Gina B. Krol, attorney for the debtor
Cohen & Krol
105 West Madison St. - #1100
Chicago, IL 60602

Discover Bank
PO Box 3025
New Albany, OH 43054

Citizens Bank NA
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915

U.S. Bank Natioinal Association
PO Box 108
St. Louis, MO 63166-0108

PenFed Credit Union
PO Box 1432
Alexandria, VA 22313


Citibank NA

c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

Law Firm of Barry H. Greenburg
180 North LaSalle St. - Suite 2700
Chicago, IL 60601

                                                      /s/ Allan J. DeMars
                                                      Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603