# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LINDA W. DOBSON § Case No. 16-10852
§ Hon. JACK B. SCHMETTERER
§ Chapter 7
§

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $780,343.57 | Assets Exempt: | $81,900.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $23,144.50 | Claims Discharged Without Payment: | $1,320,518.87 |
| Total Expenses of Administration: | $6,855.50 | | |

3) Total gross receipts of $30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $787,401.69 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $6,855.50 | $6,855.50 | $6,855.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $481,478.85 | $196,910.90 | $196,910.90 | $23,144.50 |
| **TOTAL DISBURSEMENTS** | $1,268,880.54 | $203,766.40 | $203,766.40 | $30,000.00 |

4) This case was originally filed under chapter  7  on 03/30/2016 .
The case was pending for       9   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2016                              By: /s/ ALLAN J. DeMARS
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Land Rover | 1129-000 | $4,193.00 |
| 2011 Mini Cooper | 1129-000 | $3,293.43 |
| household furnishings | 1129-000 | $1,000.00 |
| electronics | 1129-000 | $1,000.00 |
| jewelry | 1129-000 | $11,150.00 |
| furs | 1129-000 | $255.00 |
| US Bank checking acct | 1129-000 | $5,673.38 |
| Linda's Pharmacy | 1129-000 | $3,435.19 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | NONE | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 4 SCHEDULED SECURED CREDITORS WITH NO CLAIMS FILED | | $787,401.69 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$787,401.69** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | N/A | $76.65 | $76.65 | $76.65 |
| Allan J. DeMars | 2100-000 | N/A | $3,750.00 | $3,750.00 | $3,750.00 |
| Allan J. DeMars | 2200-000 | N/A | $36.35 | $36.35 | $36.35 |
| Allan J. DeMars | 3110-000 | N/A | $2,992.50 | $2,992.50 | $2,992.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $6,855.50 | $6,855.50 | $6,855.50 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $14,582.67 | $14,689.57 | $14,689.57 | $1,726.58 |
| 2 | Citizens Bank NA | 7100-000 | $0.00 | $23,234.09 | $0.00 | $2,730.89 |
| 3 | Citizens Bank NA | 7100-000 | $0.00 | $14,912.13 | $14,912.13 | $1,752.74 |
| 4 | Citizens Bank NA | 7100-000 | $0.00 | $11,414.90 | $11,414.90 | $1,341.68 |
| 5 | Citizens Bank NA | 7100-000 | $0.00 | $10,621.33 | $10,621.33 | $1,248.41 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Citizens Bank NA | 7100-000 | $0.00 | $14,748.75 | $14,748.75 | $1,733.54 |
| 7 | US Bank NA | 7100-900 | $7,734.74 | $6,643.30 | $6,643.30 | $780.84 |
| 8 | Pen Fed Credit Union | 7100-900 | $11,062.77 | $10,538.31 | $10,538.31 | $1,238.65 |
| 9 | Citibank NA | 7100-000 | $21,999.66 | $24,859.69 | $24,859.69 | $2,921.96 |
| 10 | Law Firm of Barry Greenberg | 7100-000 | $66,748.83 | $65,248.83 | $65,248.83 | $7,669.21 |
| | 8 scheduled creditors with no claim filed | | $359,350.18 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $481,478.85 | $196,910.90 | $196,910.90 | $23,144.50 |

**EXHIBIT "8" FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No.: 16-10852  
Case Name: LINDA W. DOBSON  
For Period Ending: 3/31/17  

Trustee Name: Allan J. DeMars  
Date Filed (f) or Converted (c): 3/30/16 (F)  
§341(a) Meeting Date: 5/11/16  
Claims Bar Date: 8/19/16; GOVT 9/26/16  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | residence at 3218 S. Canal Chicago, IL | 780,000.00 | 0.00 | | | FA |
| 2 | time share | 2,000.00 | 0.00 | | | FA |
| 3 | 2013 Hyundai Sonata | 10,100.00 | 0.00 | | | FA |
| 4 | 2004 Land Rover | 6,593.00 | 4,193.00 | | 4,193.00 | FA |
| 5 | 2011 Mini Cooper | 6,537.00 | 3,293.43 | | 3,293.43 | FA |
| 6 | furnishings | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 7 | electronics | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 8 | clothes | 500.00 | 0.00 | | | FA |
| 9 | jewelry | 5,500.00 | 11,150.00 | | 11,150.00 | FA |
| 10 | furs | 2,755.00 | 255.00 | | 255.00 | FA |
| 11 | cash | 0.00 | 0.00 | | | FA |
| 12 | US Bank checking acct | 1,193.30 | 5,673.38 | | 5,673.38 | FA |
| 13 | Linda's Pharmacy | 0.00 | 3,435.19 | | 3,435.19 | FA |
| 14 | 401k | 60,000.00 | 0.00 | | | FA |
| 15 | Erie Ins. term policy | 0.00 | 0.00 | | | FA |
| TOTALS (Excluding unknown values) | | | 30,000.00 | | 30,000.00 | |

(Total Dollar Amount in Column 6)

Major activities affecting case closing: SALE OF RIGHT, TITLE and INTEREST IN NON and PARTIALLY EXEMPT ASSETS  
Initial Projected Date of Final Report (TFR): 9/2016    Current Projected Date of Final Report (TFR): 9/16/2016

**EXHIBIT "9" – FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 16-10852  
Case Name: LINDA W. DOBSON  
Taxpayer ID#: xx-xxx8127  
For Period Ending: 3/31/17  

Trustee's Name: Allan J. DeMars  
Bank Name: ASSOCIATED BANK  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: XXXXXXX7351  

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 6/22/16 | Ref 4 5 6 7 9 10 | from debtor | right, title and interest in 2004 Land Rover $4193.00 2011 Mini Cooper $3293.43 furnishings $1000.00 electronics $1000.00 jewelry $258.57 furs $255.00 DOCKET 24 | 1129-000 | 10,000.00 | | 10,000.00 |
| 7/15/16 | | Associated Bank | check printing bank service charges | 2600-000 2600-000 | | 15.00 46.65 | 9,938.35 |
| 7/20/16 | Ref 9 | from debtor | right, title and interest in jewelry DOCKET 24 | 1129-000 | 10,000.00 | | 19,938.35 |
| 8/12/16 | | Associated Bank | bank service charges | 2600-000 | | 15.00 | 19,923.35 |
| 8/22/16 | Ref 9 12 13 | from debtor | right, title and interest in jewelry $891.43 US Bank checking acct $5,673.38 Linda's Pharmacy $3,435.19 | 1129-000 | 10,000.00 | | 29,923.35 |
| 10/25/16 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 3,750.00 | 26,173.35 |
| 10/25/16 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 36.35 | 26,137.00 |
| 10/25/16 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,992.50 | 23,144.50 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 10/25/16 | Check 1004 | Discover Bank | 726(a)(2); 11.75379% | 7100-900 | | 1,726.58 | 21,417.92 |
| 10/25/16 | Check 1005 | Citizens Bank NA | 726(a)(2); 11.75379% | 7100-000 | | 2,730.89 | 18,687.03 |
| 10/25/16 | Check 1006 | Citizens Bank NA | 726(a)(2); 11.75379% | 7100-000 | | 1,752.74 | 16,934.29 |
| 10/25/16 | Check 1007 | Citizens Bank NA | 726(a)(2); 11.75379% | 7100-000 | | 1,341.68 | 15,592.61 |
| 10/25/16 | Check 1008 | Citizens Bank NA | 726(a)(2); 11.75379% | 7100-000 | | 1,248.41 | 14,344.20 |
| 10/25/16 | Check 1009 | Citizens Bank NA | 726(a)(2); 11.75379% | 7100-000 | | 1,733.54 | 12,610.66 |
| 10/25/16 | Check 1010 | US Bank NA | 726(a)(2); 11.75379% | 7100-900 | | 780.84 | 11,829.82 |
| 10/25/16 | Check 1011 | Pen Fed Credit Union | 726(a)(2); 11.75379% | 7100-900 | | 1,238.65 | 10,591.17 |
| 10/25/16 | Check 1012 | Citibank NA | 726(a)(2); 11.75379% | 7100-000 | | 2,921.96 | 7,669.21 |
| 10/25/16 | Check 1013 | Law Firm of Barry Greenburg | 726(a)(2); 11.75379% | 7100-000 | | 7,669.21 | 0.00 |

```
                               COLUMN TOTALS     30,000.00    30,000.00         0.00
                    Less: Bank transfers/CD
                    Subtotal
                    Less: Payments to debtor(s)
                    Net                           30,000.00    30,000.00         0.00


              TOTAL - ALL ACCOUNTS           NET DEPOSITS    DISBURSEMENTS    BALANCES
              Checking# xxxxxx7351               30.000.00      30,000.00         0.00
              Money Market #
              Savings #
              CD #CDI
              Net                              30,000.00      30,000.00         0.00
                                             Excludes account  Excludes payments  Total Funds
                                                transfers        to debtor          on Hand
```